IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
JIMMY MORRIS STINSON ) CASE NO. 08-03732-GP3-7
) CHAPTER 7
DEBTOR. ) JUDGE PAINE

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

Michael Gigandet, Trustee of this bankruptcy estate, reports the following:

1. Ninety days have passed since final distribution was made in this case pursuant to 11 U.S.C. § 726. The Trustee has stopped payment on all checks remaining unpaid. The names of the individuals or entities to whom such un-negotiated distribution checks were issued, the amount of such checks, and the last known address of the payees are:

| Name and Address | Claim | Amount |
|---|---|---|
| TLP DevCo LLC<br>130 Maple St., N<br>Hendersonville, TN 37205-3302 | 24 | $5,438.13 |
| Better Block<br>709 Richard St.<br>Springfield, TN 37172 | 10 | $ 15.55 |

2. The Trustee's check for $5,453.68 payable to the Clerk of the U.S. Bankruptcy Court, is attached to this report.

Respectfully submitted,

**LAW OFFICE OF MICHAEL GIGANDET**

/s/ Michael Gigandet

---

Michael Gigandet, #11498
208 Centre Street
Pleasant View, TN 37146
(615) 746-4949 ;FAX: 615-746-4950
mgigandet@mgigandetlaw.com

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS      10124
60-249 / 433

| Case | Debtor |
|---|---|
| 08-03732-GP3-7 GP3- 9200019197266 Unclaimed funds | STINSON, JIMMY MORRIS |

TID #620370
MICHAEL GIGANDET
Law Office of Michael Gigandet
208 Centre Street
Pleasant View TN 37146

Date   06/17/2010      $ *******5,453.68

~~~Five Thousand Four Hundred Fifty-Three Dollars and 68/100

Pay to the Order of: Clerk of the U.S. Bankruptcy Court

MICHAEL GIGANDET

⑈000 10 124⑈ ⑆04330 2493⑆ 9 2000 19 19 78 266⑈